UNITED STATES COURT OF APPEALS

DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| International Longshore & Warehouse Union, International Longshore & Warehouse Union, Local 8, and International Longshore & Warehouse Union, Local 40<br><br>      Petitioners,<br><br>v.<br><br>National Labor Relations Board,<br><br>      Respondent. | Case Nos.   15-1344<br>                  15-1428<br>                  15-1443 |

**PETITIONERS' MOTION TO CONSOLIDATE**

Pursuant to the D.C. Circuit's Handbook of Practice and Internal Procedures, Section V.A., Petitioners International Longshore and Warehouse Union ("ILWU"), ILWU Local 8, and ILWU Local 40 respectfully request that the Circuit consolidate their recently filed petition, docketed as Case No. 15-1443, with Case Nos. 15-1344 and 15-1428 because all petitions "involv[e] essentially the same parties [and] the same, similar, or related issues." Specifically, ICTSI Oregon, Inc. is a charging party and the ILWU, ILWU Local 8, and ILWU Local 40 are respondents in both the NLRB decision at issue in Case Nos. 15-1344 and 15-1428, 363 NLRB No. 12 (2015), and the NLRB decision at issue in Case No. 15-1443, 363 NLRB No. 47 (2015). Moreover, in *ILWU (ICTSI Oregon, Inc.)*, 363 NLRB No. 47, 1 n.3, the NLRB held that, "Judge Wedekind [the ALJ from 363 NLRB No. 47] relied on certain findings by Judge Schmidt in Case 19-CC-082533, et al. Because the Board affirmed Judge Schmidt's findings in all relevant respects on September 24, 2015, we find that Judge Wedekind properly relied on the earlier findings. See *Longshoremen Local 8 (Port of Portland)*, 363 NLRB No. 12." Thus, not only do all three petitions involve essentially the same parties, but they also involve related issues.

In Case No. 15-1443, the parties have not yet made their initial submissions and the Court has not yet issued a briefing schedule. However, in Case Nos. 15-1344 and 15-1428, the Court has issued a briefing schedule and Petitioners'

Opening Brief is currently due on January 25, 2016. If these matters are consolidated, the ILWU respectfully requests that the Court issue a new briefing schedule for the consolidated cases.

Dated: January 4, 2016

Respectfully submitted,

LEONARD CARDER, LLP

By:  /s/ Emily M. Maglio
Robert S. Remar (CA SBN 100124)
Eleanor Morton (CA SBN 220407)
Emily M. Maglio (CA SBN 267190)
1188 Franklin Street, Suite 201
San Francisco, CA 94109
Tel: (415) 771-6400 | Fax: (415) 771-7010
rremar@leonardcarder.com
emorton@leonardcarder.com
emaglio@leonardcarder.com

*Attorneys for Petitioners,*
INTERNATIONAL LONGSHORE
AND WAREHOUSE UNION *and* ILWU
LOCALS 8 AND 40

# CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of the Columbia Circuit by using the appellate CM/ECF system.

I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: January 4, 2016　　　　　　　LEONARD CARDER, LLP

　　　　　　　　　　　　　By:　　/s/ Emily M. Maglio　　　　　　
　　　　　　　　　　　　　　　　Emily M. Maglio